IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Martin, Alaric C | Case Number: 06 B 05610 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/5/08 | Filed: 5/16/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 19, 2008
Confirmed: July 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,910.00 | |
| Secured: | | 4,560.00 |
| Unsecured: | | 0.00 |
| Priority: | | 42.88 |
| Administrative: | | 2,896.00 |
| Trustee Fee: | | 411.12 |
| Other Funds: | | 0.00 |
| Totals: | 7,910.00 | 7,910.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Daniel J Winter | Administrative | 2,304.00 | 2,304.00 |
| 2. | Daniel J Winter | Administrative | 592.00 | 592.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 12,543.95 | 4,560.00 |
| 5. | Internal Revenue Service | Priority | 6,435.14 | 42.88 |
| 6. | Capital One | Unsecured | 177.11 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 10.24 | 0.00 |
| 8. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 9. | First Card | Unsecured | | No Claim Filed |
| 10. | Citibank | Unsecured | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 13. | Associates In Rehab Medicine | Unsecured | | No Claim Filed |
| 14. | Chase Bankcard Services | Unsecured | | No Claim Filed |
| 15. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 16. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 17. | Children's Memorial Hospital | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,062.44 | $ 7,498.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 58.50 |
| 4.8% | 90.72 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Martin, Alaric C

Printed:  8/5/08

Case Number:  06 B 05610
Judge:  Wedoff, Eugene R
Filed:  5/16/06

                5.4%                261.90
                                  _____
                               $ 411.12

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

